ALICE MEERWARTH, PLAINTIFF-PETITIONER, v. CHARLES
O. BALLHAUSSEN, DEFENDANT-RESPONDENT.

*Messrs. Porzio, Bromberg & Newman* for the petitioner.

*Messrs. Plympton & Bentley* for the respondent.

January 15, 1964.   Denied.

HEINRICH SCHUELER, *ET AL.*, PLAINTIFFS-RESPOND-
ENTS, v. ALEXANDER STRELINGER, DEFENDANT-
PETITIONER.

*Messrs. Schneider & Morgan* and *Mr. Robert J. C. McCoid*
for the petitioner.

*Mr. Leo Kaplowitz* for the respondents.

January 15, 1964.   Granted.